O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTURO ACRISTIAN, | ) | Case No. CV 13-6738-JFW (KK) |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS** |
| | ) | **AND RECOMMENDATION OF** |
| v. | ) | **UNITED STATES MAGISTRATE** |
| | ) | **JUDGE** |
| FRANK X. CHAVEZ, Warden, | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: October 22, 2014

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE