JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ACRISTIAN,<br><br>    Petitioner,<br><br>    v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent. | Case No. CV 13-6738-JFW (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 22, 2014

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE